ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Steven D. Atkinson          State Bar No. 59094
    SAtkinson@aalrr.com
Ronald W. Novotny          State Bar No. 100041
    RNovotny@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendants SPECIALTY WELDING AND TURNAROUNDS, LLC and JEREMY ETHERIDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LIMON,<br><br>           Plaintiff,<br><br>v.<br><br>SPECIALTY WELDING AND TURNAROUNDS, LLC, a limited liability corporation, JEREMY ETHRIDGE, an individual, and DOES 1-50, Inclusive, ,<br><br>           Defendants. | Case No. 2:19-cv-09589-CAS-RAO<br><br>**ANSWER TO COMPLAINT** |

COME NOW Defendants SPECIALTY WELDING AND TURNAROUNDS, LLC ("SWAT") a Louisiana corporation, and JEREMY ETHERIDGE (erroneously sued herein as "JEREMY ETHRIDGE") for their Answer to the Complaint herein and allege as follows:

1.     None of the allegations contained in Paragraph 1 assert any acts or conduct concerning Defendants, and on that basis Defendants make no response thereto.

2.     Answering paragraph 2, Defendants admit that the action was properly filed in Los Angeles County

3. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3, and on that basis deny the allegations, all and singular, generally and specifically, contained therein.

4. Defendants admit the allegations contained in paragraph 4.

5. Defendants admit the allegations contained in paragraph 5.

6. Defendants admit the allegations contained in paragraph 6.

7. Answering paragraph 7, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

8. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 8, and on that basis deny the allegations, all and singular, generally and specifically, contained therein.

9. Answering paragraph 9, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

10. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 10, and on that basis deny the allegations, all and singular, generally and specifically, contained therein.

11. Answering paragraph 11, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

12. Answering paragraph 12, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

13. Answering paragraph 13, including subparts (as) through (e), inclusive, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

14. Answering paragraph 14, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

15. Answering paragraph 15, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

16. Answering paragraph 16, Defendants deny the allegations, all and

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015982.00001
25419145.1

1 singular, generally and specifically, contained therein.

2     17.    Answering paragraph 17, Defendants deny the allegations, all and
3 singular, generally and specifically, contained therein.

4     18.    Answering paragraph 18, Defendants deny the allegations, all and
5 singular, generally and specifically, contained therein.

6     19.    Answering paragraph 19, Defendant SWAT realleges its responses to
7 paragraphs 1-18, inclusive, and incorporates them by reference as if fully set forth
8 herein.

9     20.    Defendant SWAT admits the allegations contained in paragraph 20.

10     21.    Defendant SWAT admits the allegations contained in paragraph 21, as
11 to Defendant SWAT.

12     22.    Answering paragraph 22, Defendant SWAT denies the allegations, all
13 and singular, generally and specifically, contained therein.

14     23.    Answering paragraph 23, Defendant SWAT denies the allegations, all
15 and singular, generally and specifically, contained therein.

16     24.    Answering paragraph 24, Defendant SWAT denies the allegations, all
17 and singular, generally and specifically, contained therein.

18     25.    Answering paragraph 25, Defendant SWAT denies the allegations, all
19 and singular, generally and specifically, contained therein.

20     26.    Answering paragraph 26, Defendants reallege their responses to the
21 preceding paragraphs, and incorporates them by reference as if fully set forth herein.

22     27.    Answering paragraph 27, Defendants deny the allegations, all and
23 singular, generally and specifically, contained therein.

24     28.    Answering paragraph 28, Defendant SWAT admits the allegations
25 contained therein, as to Defendant SWAT.

26     29.    Defendants lack sufficient information to admit or deny the allegations
27 contained in Paragraph 29, and on that basis deny the allegations, all and singular,
28 generally and specifically, contained therein.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

30. Answering paragraph 30, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

31. Answering paragraph 31, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

32. Answering paragraph 32, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

33. Answering paragraph 33, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

34. Answering paragraph 34, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

35. Answering paragraph 35, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

36. Answering paragraph 36, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

37. Answering paragraph 37, Defendants deny the allegations, all and singular, generally and specifically, contained therein.

38. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 38, and on that basis deny the allegations, all and singular, generally and specifically, contained therein.

39. Answering paragraph 39, Defendant SWAT realleges its responses to the preceding paragraphs, and incorporates them by reference as if fully set forth herein.

40. Answering paragraph 40, Defendant SWAT affirmatively alleges that the terms of the alleged statute speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

41. Answering paragraph 41, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

42. Answering paragraph 42, Defendant SWAT denies the allegations, all

1 and singular, generally and specifically, contained therein.

2 43. Answering paragraph 43, Defendant SWAT denies the allegations, all
3 and singular, generally and specifically, contained therein.

4 44. Answering paragraph 44, Defendant SWAT denies the allegations, all
5 and singular, generally and specifically, contained therein.

6 45. Defendants lack sufficient information to admit or deny the allegations
7 contained in Paragraph 45, and on that basis deny the allegations, all and singular,
8 generally and specifically, contained therein.

9 46. Answering paragraph 46, Defendant SWAT realleges its responses to
10 the preceding paragraphs with the same force and effect as if they were fully set
11 forth herein.

12 47. Answering paragraph 47, Defendant SWAT denies the allegations, all
13 and singular, generally and specifically, contained therein.

14 48. Answering paragraph 48, Defendant SWAT denies the allegations, all
15 and singular, generally and specifically, contained therein.

16 49. Answering paragraph 49, Defendant SWAT denies the allegations, all
17 and singular, generally and specifically, contained therein.

18 50. Answering paragraph 50, Defendant SWAT denies the allegations, all
19 and singular, generally and specifically, contained therein.

20 51. Answering paragraph 51, Defendant SWAT realleges its responses to
21 all preceding paragraphs, and incorporates them by reference as it fully set forth
22 herein.

23 52. Answering paragraph 52, Defendant SWAT affirmatively alleges that
24 the terms of the alleged statutes speak for themselves, and on that basis denies the
25 allegations, all and singular, generally and specifically, contained therein.

26 53. Answering paragraph 53, Defendant SWAT denies the allegations, all
27 and singular, generally and specifically, contained therein.

28 54. Answering paragraph 54, Defendant SWAT hereby reincorporates by

reference its responses to all preceding paragraphs, and realleges them as if fully set forth herein.

55. Answering paragraph 55, Defendant SWAT affirmatively alleges that the terms alleged statute speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

56. Answering paragraph 56, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

57. Answering paragraph 57, Defendant SWAT affirmatively alleges that the terms alleged statute speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically contained therein.

58. Answering paragraph 58, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

59. Answering paragraph 59, Defendant SWAT realleges its responses to all preceding paragraphs, and incorporates them by reference as it fully set forth herein.

60. Answering paragraph 60, Defendant SWAT affirmatively alleges that the terms alleged statutes speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

61. Answering paragraph 61, Defendant SWAT affirmatively alleges that the terms alleged statute speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

62. Answering paragraph 62, Defendant SWAT affirmatively alleges that the terms alleged statute speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

63. Answering paragraph 63, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

64. Answering paragraph 64, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

65. Answering paragraph 65, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

66. Answering paragraph 66, Defendant SWAT realleges its responses to all preceding paragraphs, and incorporates them by reference as it fully set forth herein.

67. Answering paragraph 67, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

68. Answering paragraph 68, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

69. Answering paragraph 69, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

70. Answering paragraph 70, Defendant SWAT realleges its responses to all preceding paragraphs, and incorporates them by reference as it fully set forth herein.

71. Answering paragraph 71, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

72. Answering paragraph 72, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

73. Answering paragraph 73, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

74. Answering paragraph 74, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

75. Answering paragraph 75, Defendant SWAT realleges its responses to all preceding paragraphs, and incorporates them by reference as it fully set forth herein.

76. Answering paragraph 76, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

77. Answering paragraph 77, Defendant SWAT denies the allegations, all

ANSWER TO COMPLAINT

and singular, generally and specifically, contained therein.

78. Answering paragraph 78, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

79. Answering paragraph 79, Defendant SWAT realleges its responses to all preceding paragraphs, and incorporates them by reference as it fully set forth herein.

80. Answering paragraph 80, Defendant SWAT affirmatively alleges that the terms alleged statutes speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

81. Answering paragraph 81, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

82. Answering paragraph 82, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

83. Answering paragraph 83, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

84. Answering paragraph 84, Defendant SWAT realleges its responses to all preceding paragraphs, and incorporates them by reference as it fully set forth herein.

85. Answering paragraph 85 Defendant SWAT affirmatively alleges that the terms alleged statutes speak for themselves, and on that basis denies the allegations, all and singular, generally and specifically, contained therein.

86. Answering paragraph 86, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

87. Answering paragraph 87, Defendant SWAT denies the allegations, all and singular, generally and specifically, contained therein.

Furthermore, as and for their Affirmative Defenses to the Complaint, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state facts sufficient to constitute a claim for relief against Defendants.

### SECOND AFFIRMATIVE DEFENSE

The causes of action stated in the Complaint are barred by the applicable statute of limitations including, but not limited to, Code of Civil Procedure sections 335.1, 337, 338, 339, 340, Govt. Code §§ 12960 and 12965(b), or any other applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Complaint, as well as all claims for relief alleged therein against Defendants as well as any remedy sought by Plaintiff, are barred or at minimum reduced by the doctrine of after-acquired evidence.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff, by the exercise of reasonable effort and/or care, could have mitigated the amount of damages alleged to have been suffered, if any, but Plaintiff has failed, neglected and refused, and continues to fail, neglect and refuse to exercise a reasonable effort to mitigate her alleged damages, if any she has.

### FIFTH AFFIRMATIVE DEFENSE

Any and all decisions made and actions taken by on behalf of Defendants were made and taken in the exercise of proper managerial discretion and good faith.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred, in whole or in part, pursuant to the doctrine of "unclean hands" to the extent that Plaintiff engaged in conduct which proximately caused ·or contributed to any and all injuries Plaintiff allegedly suffered.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's recovery in this action is barred in whole or in part by the doctrine of estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

Given the facts underlying this dispute, any award of punitive or exemplary damages to Plaintiff would violate Defendants' rights to procedural due process and to substantive due process as provided by the Fifth and the Fourteenth Amendments to the Constitution of the United States and by the Constitution of the State of California.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff consented by words and conduct to the conduct allegedly engaged m by Respondents.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for physical, mental, and emotional injuries are preempted in their entirety by the exclusive remedial provisions of the California Workers' Compensation Act, Labor Code § 3200, *et seq*. Said claims assert compensable injuries which occurred at a time when both Plaintiff and her employer were subject to the compensation provisions of the Act, at a time when Plaintiff was performing services growing out of and incidental to her employment, and which were proximately caused by the employment.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies under the Fair Employment & Housing Act, Govt. Code § 12940, et. seq.

### TWELFTH AFFIRMATIVE DEFENSE

The Complaint is barred by Plaintiff's own conduct, actions, and inactions, which constitute a waiver of any right or claim that Plaintiff may or night have had in reference to the matters and things alleged in the Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant SWAT is not liable to Plaintiff for damages resulting from any harassing conduct engaged in by its supervisors, because it exercised reasonable care to prevent and correct promptly any harassing behavior and Plaintiff failed to

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015982.00001
25419145.1

take advantage of any preventive or corrective opportunities provided by the Defendant or to avoid harm otherwise.

### **FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff was at all times exempt from the overtime requirements of state and federal law.

WHEREFORE, Defendants respectfully pray for the following:

1. That the Complaint be dismissed with prejudice;
2. For an award of their attorneys' fees and costs incurred herein; and
3. For such further relief as the Court deems just and proper.

Dated: November 12, 2019

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:  /s/
Ronald W. Novotny
Attorneys for Defendants SPECIALTY WELDING AND TURNAROUNDS, LLC and JEREMY ETHERIDGE

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015982.00001
25419145.1

- 10 -
ANSWER TO COMPLAINT

# PROOF OF SERVICE

## (CODE CIV. PROC. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 12800 Center Court Drive South, Suite 300, Cerritos, California 90703-9364.

On November 12, 2019, I served the following document(s) described as **ANSWER TO COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Danny Yadidsion, Esq.<br>LABOR LAW PC<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401 | Attorneys for Plaintiff, MARICELA LIMON<br><br>Telephone: (310) 494-6082<br>Facsimilie: (877) 775-2267 |

☒ **BY CM/ECF SYSTEM:** I filed the following document(s) described as ANSWER TO COMPLAINT electronically through the CM/ECF System per Civil Local Rule 5-4. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF System.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 12, 2019, at Cerritos, California.

/s/
FORNIA TITH

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

015982.00001
25419145.1