# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LIMON,<br>   Plaintiff,<br><br>   v.<br><br>SPECIALTY WELDING AND<br>TURNAROUNDS, LLC, et al.,<br>   Defendants. | CV 19-9589 DSF (RAOx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

  Defendants removed this case on the basis of diversity jurisdiction. However, the citizenship of one or more parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Defendants are ordered to file an amended notice of removal no later than December 16, 2019 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

  IT IS SO ORDERED.


Date: December 2, 2019          _____
                     Dale S. Fischer
                     United States District Judge