1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Law Corporation
2  Ronald W. Novotny       State Bar No. 100041
       RNovotny@aalrr.com
3  Joshua N. Lange         State Bar No. 269016
       Joshua.Lange@aalrr.com
4  12800 Center Court Drive South, Suite 300
   Cerritos, California 90703-9364
5  Telephone: (562) 653-3200
   Fax: (562) 653-3333
6

7  Attorneys for Defendant
   SPECIALTY WELDING AND TURNAROUNDS, LLC
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | MARICELA LIMON, | Case No. 2:19-cv-09589-DSF(RAOx) |
|---|---|---|
| 13 | Plaintiff, | **NOTICE OF SETTLEMENT** |
| 14 | v. | |
| 15-16 | SPECIALTY WELDING AND TURNAROUNDS, LLC, a limited liability corporation, | |
| 17 | Defendant. | |

18

19    COMES NOW Defendant SPECIALTY WELDING AND
20 TURNAROUNDS, LLC, by and through their undersigned counsel, and hereby
21 advises this Honorable Court it has reached an agreement in principle with Plaintiff
22 MARICELA LIMON. The parties are finalizing settlement and dismissal
23 documents and expect to file the dismissal papers within thirty (30) days.

24

25

26

27

28

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: August 12, 2020 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |
| | By: /s/ *Ronald W. Novotny* |
| | Ronald W. Novotny |
| | Attorneys for Defendant |
| | SPECIALTY WELDING AND TURNAROUNDS, LLC |

# PROOF OF SERVICE

## [FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 12800 Center Court Drive South, Suite 300, Cerritos, California 90703-9364.

On August 12, 2020, I served the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Danny Yadidsion, Esq.<br>LABOR LAW PC<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401 | Attorneys for Plaintiff,<br>MARICELA LIMON<br><br>Tel:  (310) 494-6082<br>Email: danny@laborlawpc.com<br>          patrick.martinez@laborlawpc.com |

☒ **BY CM/ECF SYSTEM:** On August 12, 2020, I filed the following document(s) described as NOTICE OF SETTLEMENT electronically through the CM/ECF System per Civil Local Rule 5-4. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 12, 2020, at Cerritos, California.

_____
Fornia Tith